IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANET YVONNE LAKE ANDERSON,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES DEPARTMENT OF  )<br>HOMELAND SECURITY, et al., )<br>  )<br>    Defendants. )<br>  ) | 8:12CV21<br><br>SHOW CAUSE ORDER |

  This matter is before the court on defendant's motion to dismiss this case for failure of the plaintiff to serve the United States pursuant to Fed. R. Civ. P. 12(b)(4), and failure to state a claim under Fed. R. Civ. P. 12(b)(6), as plaintiff is no longer an alien and has administrative remedies she can pursue. Filing No. 11. The plaintiff has not filed a response to this motion to dismiss. The court hereby orders the plaintiff to show cause why this case should not be dismissed within 20 days of the date of this order, or to inform the court in writing if plaintiff agrees that this case should be dismissed. Failure to so comply will result in dismissal of this case.

  THEREFORE, IT IS ORDERED that plaintiff must show cause in writing why this case should not be dismissed within 20 days of the days of this order, or in the alternative, plaintiff shall inform the court if plaintiff agrees that this case should be dismissed. Failure to do so will result in dismissal of this case.

  DATED this 7th day of May, 2012.

            BY THE COURT:


            s/ Joseph F. Bataillon
            United States District Judge